# United States District Court
# For The Western District of North Carolina
# Asheville Division

BENJAMIN PEARSON,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                         1:12-cv-95-RJC

KEVIN FRYE, et al.,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

                                         Signed: June 11, 2012

                                         Frank G. Johns, Clerk
                                         United States District Court